```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 21122
   WILLIAM L ALBERGO
   KATHLEEN A ALBERGO                       CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
           Debtor
   SSN XXX-XX-0962    SSN XXX-XX-0810
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/12/08 .

2. The case was dismissed without confirmation, 01/09/2009.

3. The Debtor paid a total of $ 3080.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC MORTGAGE | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FIRST SUBURBAN NATIONAL | SECURED VEHIC | .00 | .00 | 2916.77 |
| WHEELER & WHEELER | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| BEVERLY MATERIALS | UNSECURED | NOT FILED | .00 | .00 |
| SECRETARY OF STATE | UNSECURED | NOT FILED | .00 | .00 |
| US ATTORNEY GENERAL | UNSECURED | NOT FILED | .00 | .00 |
| INTEGRA BANK | UNSECURED | NOT FILED | .00 | .00 |
| FREEDMAN ANSELMO LINDBER | UNSECURED | NOT FILED | .00 | .00 |
| ADRIANA KELLY | UNSECURED | NOT FILED | .00 | .00 |
| ANJU AGARWAL | UNSECURED | NOT FILED | .00 | .00 |
| BRIAN STENSON | UNSECURED | NOT FILED | .00 | .00 |
| JOHN FORTUNA | UNSECURED | NOT FILED | .00 | .00 |
| MARIA NEZIS | UNSECURED | NOT FILED | .00 | .00 |
| STANLEY PUTZ | UNSECURED | NOT FILED | .00 | .00 |
| STEPHEN & SUSAN JAMES | UNSECURED | NOT FILED | .00 | .00 |
| TED PACONIS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SPRINGER BROWN COVEY GAE | ORIGINAL ATTO | 1274.00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 1274.00 | .00 | .00 | 1274.00 |
| PRINCIPAL PAID | 2916.77 | .00 | .00 | .00 | 2916.77 |

```
INTEREST PAID                      .00           .00          .00          .00              .00
TOTAL PAID                     2916.77           .00          .00          .00          2916.77
```

The Debtor's attorney, PRO SE DEBTOR                    , was allowed $         .00
and was paid $        .00 .

The Trustee received $     163.23 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


  Dated: 03/13/09                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE